## SAM HEARD *v.* THE STATE.

UNLAWFUL DRIVING OF CATTLE OUT OF COUNTY WITHOUT INSPECTION. — An indictment for this offence should allege that the cattle were not the property of the defendant, and were driven without the owner's authority. *Covington* v. *The State*, 6 Texas Ct. App. 512, to the same effect, approved.

APPEAL from the County Court of Comal. Tried below before the Hon. G. PFEUFFER, County Judge.

*Hutchison & Franklin*, for the appellant.

*Thomas Ball*, Assistant Attorney-General, for the State.

WHITE, P. J. In substance, the indictment in this case is different in no essential particular, so far as the offence attempted to be charged is concerned, from that as passed upon by this court in the case of *Covington* v. *The State*, 6 Texas Ct. App. 512. The court below erred in overruling defendant's motion to quash.

Because the indictment charges no offence, the judgment is reversed and the case dismissed.

*Reversed and dismissed.*